```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gramercy Holdings I LLC,

                Plaintiff,

      –v–

Matec S.R.I., *et al.*,

                Defendants.

20cv3937 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court has received the parties' proposed Case Management Plan. The parties have proposed a deadline for the close of fact discovery for June 1, 2021, which is 214 days from the date of the initial pretrial conference that was originally scheduled for October 30, 2020 (and is now cancelled). The Court ordinarily requires that the fact discovery deadline be set for not more than 120 days from the date of the initial pretrial conference, absent extraordinary circumstances. The Court hereby orders the parties to either submit a new proposed Case Management Plan with proposed dates that conform to the Court's rules or submit a joint letter explaining why the parties believe such deviations are necessary by November 2, 2020.

      SO ORDERED.

Dated: October 26, 2020
New York, New York

                                                                                          ALISON J. NATHAN
                                                        United States District Judge