**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

– – – – – – – – – – – – – – – – – – – – – – – – – – – x

MATEC S.R.L., MATEC AMERICA, INC.

          Plaintiffs,

v.

GRAMERCY HOLDINGS I, LLC, d/b/a
NORANDA ALUMINA; LUCA MARTINELLI,

          Defendants.

– – – – – – – – – – – – – – – – – – – – – – – – – – – x

:
:
:
:
:
:
:
:
:
:
:
:
:
:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2021

Case No. 1:20-cv-04136-AJN

**ORDER**

     THIS MATTER having been brought to the Court on the motion of Plaintiffs Matec SRL

and Matec America, Inc. (collectively, "Matec") to consolidate this case with its companion case,

*Gramercy Holdings I, LLC, d/b/a Noranda Alumina v. Matec S.R.L. and Matec America, Inc.*,

Case No. 1:20-cv-03937-AJN, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, and

the Court having considered the Motion, and for good cause shown,

     IT IS ON THIS 3rd day of May, 2021

     ORDERED that Matec's Motion is GRANTED; and it is further

     ORDERED that all further filings in this matter will be made in **Case No. 1:20-cv-03937-**

**AJN**.

                                    5/1/2021

                            _____
                            Hon. Alison J. Nathan
                            United States District Judge