UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
GRAMERCY HOLDINGS I, LLC d/b/a NORANDA  :
ALUMINA,   :
 :   20 Civ. 3937 (JPC)
                Plaintiff,   :
 :
  -v-   :
 :
 :
MATEC S.R.L. et al.,   :
 :
                Defendants.   :
 :
-------------------------------------------------------------------X
 :
MATEC SRL et al.,   :
 :
 :
                Plaintiffs,   :
 :
  -v-   :
 :   20 Civ. 4136 (JPC)
 :
GRAMERCY HOLDINGS I, LLC d/b/a NORANDA  :   <u>ORDER</u>
ALUMINA,   :
 :
                Defendant.   :
 :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      As discussed at the conference earlier today, trial in this case is scheduled to begin on May 6, 2024. The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

      The joint proposed pretrial order and all other required pretrial filings shall be filed in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases by March 25, 2024. Any opposition to a motion *in limine* and responsive pretrial memoranda of law shall be

filed by April 8, 2024.  Parties should submit electronic copies of documentary evidence by May 1, 2024.  Unless ordered otherwise, the parties shall not submit hard copies of documentary evidence to the Court.  The parties shall appear for a final pretrial conference on April 30, 2024 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

    SO ORDERED.

Dated: October 12, 2023
       New York, New York

                                          JOHN P. CRONAN
                                  United States District Judge